DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Andrew Thornton,            ) | |
| ) | CASE NO. 4:07 CV 1471 |
| Plaintiff(s),               ) | |
| ) | |
| v.                          ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| McDonald Steel Corporation, et al., ) | |
| ) | |
| Defendant(s).               ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that summary judgment is granted in favor of both defendants on Count I of the Amended Complaint and, pursuant to 28 U.S.C. § 1367(c)(3), Counts II and III are dismissed without prejudice to bringing them in state court.  Case closed, with each party to bear its own costs.

| | |
|---|---|
|  February 25, 2008  |  *s/ David D. Dowd, Jr.*  |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |